```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/1/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Venning.,

                          Plaintiffs,

-against-

Premier Home Health Care Services Inc et al.,
                          Defendant.

-----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

7:23-cv-04816-KMK-VR

**VICTORIA REZNIK, United States Magistrate Judge:**

A Status Conference (via telephone) is hereby scheduled **March 12, 2024 at 10:30 AM**. The parties are to dial in to Teams conference line at 1 914-292-4033, enter the Conference ID 759 008 487 and then # to enter the conference.

**SO ORDERED.**

DATED:    White Plains, New York
             February 1, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge